| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 4 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

FORREST GLENN SHUNN,

        Plaintiff - Appellant,

v.

IDAHO DEPARTMENT OF CORRECTIONS, et al.,

        Defendants - Appellees.

No. 23-4464

D.C. No. 1:22-cv-00238-DCN
District of Idaho, Boise

ORDER

Before: CLIFTON, CALLAHAN, and H.A. THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal, served on December 16, 2023, and filed on December 26, 2023, was not filed or delivered to prison officials within 30 days after the district court's judgment entered on January 12, 2023, or the post-judgment order entered on June 15, 2023. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**