

**FILED**

MAR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FORREST GLENN SHUNN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> IDAHO DEPARTMENT OF CORRECTIONS, et al.; <br><br> Defendants - Appellees. | No. 23-4464 <br><br> D.C. No. 1:22-cv-00238-DCN <br> District of Idaho, Boise <br><br> MANDATE |

The judgment of this Court, entered 3/4/24, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT